# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

January 14, 2015

William F. Cavanaugh
Partner
(212) 336-2793
Direct Fax: (212) 336-2394
wfcavanaugh@pbwt.com

**BY ECF**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/15

Hon. Richard M. Berman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

   Re: **Thome v. The Alexander & Louisa Calder Foundation et al.**
     **(14 Civ. 3446) (RMB) (RLE)**

Dear Judge Berman:

  Pursuant to the Court's January 9, 2015 order (Dkt. 41), the parties have conferred and are available for a conference on January 23, preferably in the morning.

  If that date is not convenient for the Court, the parties are also available on January 29.

            Respectfully submitted,

            /s/ William F. Cavanaugh

            William F. Cavanaugh

cc: Richard Altman, Esq.

JAN. 29, 2015 @ 9:00 A.M.
with principals.

SO ORDERED
Date: 1/15/15   /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.