```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JOEL THOME
               Plaintiff

    - against -

THE ALEXANDER & LOUISA
CALDER FOUNDATION, et al.

               Defendants.
------------------------------------------------------x

14 CV 3446 (RMB)

**ORDER**

In accordance with the discussion at today's conference, Defendants' motion to dismiss [#18] is hereby dismissed without prejudice. (See Hearing Tr., dated Jan. 29, 2015.) The next conference will be held on May 7, 2015 at 10:00.

Dated: New York, New York
       January 29, 2015

_____
**RICHARD M. BERMAN, U.S.D.J.**